IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMANDA PETRO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>INDIANA MASONIC HOME, INC.<br>d/b/a COMPASS PARK<br><br>    Defendant. | Case No. 1:24-cv-01150-JPH-MKK |

> The court acknowledges the Joint Motion for Dismissal, Dkt. [41]. The Clerk is DIRECTED to close this case on the docket. JPH 11/25/2025. Distribution via ECF.

## JOINT MOTION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Court's Order of September 29, 2025 (ECF 29), Plaintiff Amanda Petro ("Petro") on behalf of herself and others similarly situated, and Defendant Indiana Masonic Home, Inc. d/b/a Compass Park ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, respectfully request that the Court enter an order dismissing this action with prejudice. In support of their Motion, the Parties state:

    1.    On July 11, 2024, Plaintiff Amanda Petro filed an *Original Class and Collective Action Complaint* against Defendant alleging class and collective claims under the Fair Labor Standards Act and Indiana Wage Payment Statute. (ECF 1.)

    2.    On September 3, 2024, Petro filed her First Amended Collective Action Complaint asserting only collective claims under the Fair Labor Standards Act. (ECF 14.)